## The American Trust & Savings Bank, Trustee, Appellee, v. William J. Ellis and Albert Ellis, trading as William J. Ellis & Company, Appellants.

### Gen. No. 17,932. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FREEMAN K. BLAKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by the American Trust and Savings Bank, now known as Continental and Commercial Trust and Savings Bank, trustee of the estate of Charles J. Felt, bankrupt, against William J. Ellis and Albert Ellis, copartners, to recover the value of property alleged to have been unlawfully transferred by Felt to defendants immediately prior to his bankruptcy. From a judgment in favor of plaintiff, defendants appeal.

EDMUND P. KELLY, for appellants.

SILBER, ISAACS, SILBER & WOLEY, for appellee; CLARENCE J. SILBER, of counsel.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

BANKRUPTCY, § 23*—*unlawful preference.* Evidence of an unlawful preference *held* sufficient.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.